# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00328-CV

**In the Matter of M. O.**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. J28,994, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant's attorney Jon Evans attempted to electronically file the brief on November 13, 2012, but it was rejected as not complying with the rules governing electronic filing. On December 13, the Clerk's Office sent Mr. Evans a letter stating that the brief was overdue, requesting a response by December 27. To date, Mr. Evans has not responded to the clerk's letter.

We therefore order Mr. Evans to file a brief that fully complies with the rules, along with a complying motion for extension of time, no later than April 15. Failure to do so may result in Mr. Evans being called before the Court to show cause why he should not be held in contempt for violating this order.

It is ordered April 2, 2013.

Before Justices Puryear, Pemberton and Rose